UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Peter A. Perez
_____

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Warden Braman
The Lansing covid Team
_____
_____
_____

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
June 21, 2022 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB / 6-22

**1:22-cv-571**
Paul L. Maloney- U.S. District Judge
Ray Kent - Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Western District of mi. southern Division; Case No: 1:21-CV-1018

   2. Is the action still pending?   Yes ☑   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____
      _____

   3. Did you appeal the decision?   Yes ☐   No ☐
   4. Is the appeal still pending?   Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____
      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

      a. If so, explain: _____
      _____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Peter A. Perez**

Place of Present Confinement **Handlon Michigan Training Unit**

Address **1728 W. Bluewater Highway**

Place of Confinement During Events Described in Complaint **MTU**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Braman**
Position or Title **Warden**
Place of Employment **Prison**
Address **1728 W. Bluewater Highway**
Official and/or personal capacity? **Official**

Name of Defendant #2 **The Lansing Covid team**
Position or Title **NA**
Place of Employment **Lansing MDOC**
Address **NA**
Official and/or personal capacity? **NA**

Name of Defendant #3 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

Name of Defendant #4 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I was in C unit-cell-16 my bunky was moving out and I was getting a new bunky a named Inmate Colling was going to be my new bunky. Befor becoming my bunky he was telling other Inmate he did not want to move. He was in the hall waiting for my old bunky to get out and told me I did not want to move and I am going to tell them I have Covid. My old bunky moved out. Now he just got in the cell. I ask him if he got his key he said no. I told him I was going to ask about it because I did not want my old bunky to have it. So I went to the Desk and ask the officers about the key. I said hay do you have my bunky key and they said your bunky is going to A-unit he will not be your bunky anymore. So he was in my cell - for like 2 min. Now 6-7-22 they came and got me and said I had contact to Covid took me and put me in the hole. Now I am being Punish for a lie. I told the officers in C-unit befor they took me to the hole I told the nurse's when I got to the hole I told Rum Bandt of A-unit I told the P.C. in A unit I told the A.D.W. of houseing I told social worker Fritsch I told the officers in the hole No one would believe me that it was a lie.

So now I'm in the hole because Colling did not want to move and told a lie we was tested and it was negative. 6-7-22 they put me in cell 8 I did not get a drink with dinner. 6-8-22 Lunch I did not get my dessert would have been a fruit. I ask for it was told I just got here you will have to wait never got it. 6-9-22 Lunch I had to beat on the door to get my food got my food tray No dessert fruit. I was moved to cell-32 it was the nastyest cell I have never been in and after about 6 hour's they let me Clean it. I miss a nurse call-out for 6-7-22 for broking rib's and Bad headache. I was not allowed basic thing's like exercise and the did not wash my laundry (Significant hardship) and We was tested all 4 day of being in the hole and it was Negative all 4 day's. They did not have to put us in the hole.

- 4 -    (W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want to be payed so the MDOC will stop just doing what ever they want to us, I would like to get a $1.000 a day. I was in the hole for 4 day's for NO reason

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

6-12-22
**Date**

*[signature]*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -

(W.D. Mich. Form – Last Revised: September 2021)

Pete Perez #230341
Richard A Handlon Correctional Fac.
1728 Bluewater Highway
Ionia, MI 48846

United States Distric[t]
399 Federal Buildi[ng]
110 Michigan St NW,
Grand Rapids, MI, 4[9503]



t Court, Western District of Mich.

ng

7503